Scott Edward Cole, Esq. (S.B. #160744)
Cesar A. Alvarado, Esq. (S.B. #193973)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
Email: scole@scalaw.com
Email: calvarado@scalaw.com
Web:   www.scalaw.com

Daniel D. Bodell, Esq. (S.B. #208889)
Todd C. Atkins, Esq. (S.B. #208879)
**BODELL LAW GROUP, LLP**
11455 El Camino Real, Suite 480
Telephone: (858) 461-4699
Facsimile:  (858) 461-4703
Email: dbodell@bodelllawgroup.com
Email: tatkins@bodelllawgroup.com
Web:   www.bodelllawgroup.com

Attorneys for Representative Plaintiffs
and the Plaintiff Class

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HUDDLESTUN, individually, and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>vs.<br><br>HARRISON GLOBAL, LLC DBA BOSTON COACH. and DOES 1 through 100, inclusive,<br><br>              Defendant. | Case No.: 3:17-cv-00253-DMS-WVG<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[Filed concurrently with Class Action Settlement Agreement; Declarations of Scott E. Cole and Daniel D. Bodell; the Memorandum of Points and Authorities in support of Motion; and Proposed Order]<br><br>Date:         July 6, 2018<br>Time:        1:30 PM<br>Courtroom: 13A<br>Honorable Dana M. Sabraw |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that on July 6, 2018 at 1:30 P.M., or as soon thereafter as counsel can be heard in Department 13A of the above-entitled Court located at 333 West Broadway, Suite 1310, San Diego, CA 92101, Plaintiffs Mark Huddlestun and Robert Benson will and hereby do move for an Order Preliminarily Approving the Class Action Settlement in this matter pursuant to Federal Rule of Civil Procedure 23, including each of the following:

(1) preliminarily approving the Settlement Agreement as being fair, reasonable, and adequate;

(2) provisionally certifying the Class under Fed. R. Civ. P. 23 for settlement purposes only;

(3) preliminarily approving the form, manner, and content of the Class Notice and Claim form;

(4) appointing Plaintiffs Mark Huddlestun and Robert Benson as the Class representatives;

(5) appointing the law firms of Scott Cole & Associates, APC and Bodell Law Group, LLP as counsel for the Class;

(6) appointing the settlement administrator; and

(7) setting the date and time of the Fairness Hearing.

This motion for preliminary approval of a class action settlement is based upon this notice of motion and motion, the accompanying memorandum of points and authorities, the supporting Declarations of Scott E. Cole and Daniel D. Bodell, the records and files in this action, and upon such further and additional papers and argument as may be presented herein.

/ / / /

17-cv-00253-DMS-WVG Notice of Motion and Motion for Preliminary Approval of Class Action Settlement

| | | |
|---|---|---|
| Dated: May 14, 2018 | | **SCOTT COLE & ASSOCIATES, APC** |
| | By: | s/Scott E. Cole |
| | | Scott E. Cole, Esq. |
| | | Attorneys for the Representative Plaintiffs and the Plaintiff Class |
| | | **BODELL LAW GROUP, LLP** |
| | By: | s/ Daniel D. Bodell |
| | | Daniel D. Bodell, Esq. |
| | | Attorneys for the Representative Plaintiffs And the Plaintiff Class |